1444-14

# ELECTRONIC RECORD

COA # 07-13-00203-CR      OFFENSE: 22.02

STYLE: Tommy Castro v. The State of Texas      COUNTY: Potter

COA DISPOSITION: DISMISSED      TRIAL COURT: 251st District Court

DATE: 09/18/2014      Publish: NO      TC CASE #: 58,861-C

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Tommy Castro v. The State of Texas      CCA #: 1444-14

_PRO SE_ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

REFUSED

DATE: 02/25/2015

JUDGE: _Per Curiam_

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____      PC: _____

PUBLISH: _____      DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**